Alan J. Reinach, State Bar No. 196899
Email: ajreinach@churchstate.org
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Telephone (805) 413-7398

Joseph E. Maloney, State Bar No. 95458
Email: joseph.maloney@jmaloneylaw.com
12005 Peregine Way
Auburn, CA 95603
Telephone (530) 885-7787

Attorneys for Plaintiffs
LAURIE NADEAU, ROBYN COFFIN and DAGNY MAGELSSEN

Mark J. Jacobs, State Bar No. 208945
Email: mjacobs@fisherphillips.com
Christopher S. Alvarez, State Bar No. 294795
Email: calvarez@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WEALTH COUNSEL, LLC and INSPERITY, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE NADEAU; ROBYN COFFIN; and DAGNY MAGELSSEN,<br><br>Plaintiffs,<br><br>v.<br><br>WEALTH COUNSEL, LLC; INSPERITY, INC.,<br><br>Defendants. | Case No. 2:17-cv-00561-MCE-AC<br><br>**ORDER ON JOINT STIPULATION FOR TEMPORARY STAY OF PROCEEDING PENDING MEDIATION**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Complaint Filed: March 15, 2017<br>Trial Date: None Set |

---

ORDER

FPDOCS 33224674.1

| | |
|---|---|
| 1 | For good cause shown, the Court grants the Parties' joint request for a |
| 2 | temporary stay of all proceedings, including discovery and motion practice. The |
| 3 | stay will continue until dissolved when any party notifies the other that the party |
| 4 | considers the efforts to resolve the case to have failed for the time being, and |
| 5 | elects to end the stay, or November 15, 2017, whichever date is earlier. This case |
| 6 | will be deemed to have been opened for purposes of this Court's Initial |
| 7 | Scheduling Order (ECF No. 3) on the date the stay is dissolved. Defendants' |
| 8 | May 22, 2017, Motion to Stay (ECF No. 9) is DENIED as moot. |
| 9 | The Parties will file a Joint Statement with the Court on the status of the |
| 10 | case following mediation by November 15, 2017. |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: September 12, 2017 |

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On **September 11, 2017**, I served the foregoing document entitled **[PROPOSED] ORDER ON JOINT STIPULATION FOR TEMPORARY STAY OF PROCEEDING PENDING MEDIATION** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof addressed as follows:

| | |
|---|---|
| Alan J. Reinach, Esq.<br>Jonathan Cherne, Esq.<br>Church State Council<br>2686 Townsgate Road<br>Westlake Village, CA 91361 | *Attorney for Plaintiff*<br>Laurie Nadeau, Robyn Coffin, and<br>Dagny Magelssen |
| Joseph E. Maloney, Esq.<br>12005 Peregrine Way<br>Auburn, CA 95603 | *Attorney for Plaintiff*<br>Laurie Nadeau, Robyn Coffin, and<br>Dagny Magelssen |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **September 11, 2017**, at Sacramento, California.

Alicia P. Malerbi
Print Name

By: /s/ Alicia P. Malerbi
Signature

PROOF OF SERVICE

FPDOCS 33224674.1