Alan J. Reinach, State Bar No. 196899
Email: ajreinach@churchstate.org
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Telephone (805) 413-7398

Joseph E. Maloney, State Bar No. 95458
Email: joseph.maloney@jmaloneylaw.com
12005 Peregrine Way
Auburn, CA 95603
Telephone (530) 885-7787

Attorneys for Plaintiffs
LAURIE NADEAU, ROBYN COFFIN and DAGNY MAGELSSEN

Mark J. Jacobs, State Bar No. 208945
Email: mjacobs@fisherphillips.com
Christopher S. Alvarez, State Bar No. 294795
Email: calvarez@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WEALTH COUNSEL, LLC and INSPERITY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE NADEAU; ROBYN COFFIN; and DAGNY MAGELSSEN, <br><br>Plaintiffs, <br><br>v. <br><br>WEALTH COUNSEL, LLC; INSPERITY, INC., <br><br>Defendants. | Case No. 2:17-cv-00561-MCE-AC <br><br>**JOINT STATEMENT OF THE CASE** <br><br>Complaint Filed: March 15, 2017 <br>Trial Date: None Set |

Plaintiffs Laurie Nadeau; Robyn Coffin; and Dagny Magelssen ("Plaintiffs") and Defendants WealthCounsel, LLC and Insperity, Inc. ("Defendants," together with Plaintiffs referred to as the "Parties") hereby submit this Joint Statement of the Case.

1. The parties were unable to resolve the matter at the mediation.

2. The stay should be lifted as of November 15, 2017.

3. As provided in the Order filed September 13, 2017 (ECF No. 20), the case shall be deemed opened for purposes of this Court's Initial Scheduling Order (ECF No. 3) as of November 15, 2017.

4. Plaintiffs will file their Opposition to Defendants Motion to Transfer (ECF No. 21) by December 1, 2017.

5. Plaintiffs will file their First Amended Complaint to include federal claims under Title VII.

6. Defendants will file their Answer to Plaintiffs' First Amended Complaint within fifteen (15) days after service of the First Amended Complaint.

7. The Parties have conferred regarding discovery matters pursuant to Federal Rule of Civil Procedure 26(f) and agreed as follows:

    a. The Parties will be deemed to have conferred with respect to discovery on November 15, 2017;

    b. The discovery plan is as follows:

        i. The Parties will exchange their initial disclosures pursuant to Rule 26(a) on December 11, 2017;

        ii. Discovery will be needed on all the issues of liability and damages and should not be limited or phased;

        iii. Electronically stored documents will be produced in PDF format, if practical, and other documents will be produced in a convenient format;

iv. The Parties do not anticipate issues about claims of privilege or protection of trial preparation materials, and any such issues that arise will be addressed on an ad hoc basis;

v. Because there are three Plaintiffs and two Defendants, the limitations on discovery will be doubled, except that depositions will be limited to 10 hours on the record spread over two days unless extended pursuant to the Parties agreement or Court order;

vi. Depositions will not be noticed until after January 8, 2018, so that the parties will, in the interim, concentrate on written discovery. Any deposition of Karl Clegg or Brett Pinegar will take place in Salt Lake City. Any depositions of the plaintiffs will take place in Sacramento. Any deposition of Tamira Ryan will take place in Sacramento, and Defendants will produce her so long as she is employed. Any depositions of the owners will take place in the cities in which they practice.

7. Aside from documents filed through the Court's electronic service, the Parties agree to electronic service of documents, including, among other things, documents produced during discovery. For purposes of calculating respective deadlines, documents initially served electronically will be treated as if they were served by mail adding three additional days, and responses thereto electronically served will be treated as if they were served by personal service. Electronic service will include service to the following individuals and addresses:

- Alan Reinach: MisterLiberty@churchstate.org;
- Jonathon Cherne: attorneycherne@gmail.com
- Joseph Maloney: Joseph.maloney@jmaloneylaw.com, and Joseph.maloney@sbcglobal.net;
- Mark Jacobs: mjacobs@fisherphillips.com, and ecamanag@fisherphillips.com; and

- Christopher Alvarez: calvarez@fisherphillips.com; and amalerbi@fisherphillips.com.

DATE: November 15, 2017     CHURCH STATE COUNCIL

By: /s/ Joseph E. Maloney
Joseph E. Maloney

Attorneys for Plaintiffs
LAURIE NADEAU, ROBYN COFFIN and DAGNY MAGELSSEN

DATE: November 15, 2017     FISHER & PHILLIPS LLP

By: /s/ Christopher S. Alvarez
Mark J. Jacobs
Christopher S. Alvarez

Attorneys for Defendants
WEALTH COUNSEL, LLC and INSPERITY, INC.

## ORDER

IT IS SO ORDERED.

Dated: November 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE