Alan J. Reinach, State Bar No. 196899
Email: ajreinach@churchstate.org
Jonathan Cherne, Esq.
Email: attorneycherne@gmail.com
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Telephone (805) 413-7398

Joseph E. Maloney, State Bar No. 95458
Email: joseph.maloney@jmaloneylaw.com
12005 Peregine Way
Auburn, CA 95603
Telephone (530) 885-7787

Mark J. Jacobs, State Bar No. 208945
Email: mjacobs@fisherphillips.com
Christopher S. Alvarez, State Bar No. 294795
Email: calvarez@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WEALTHCOUNSEL, LLC and INSPERITY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE NADEAU; ROBYN COFFIN; and DAGNY MAGELSSEN,<br><br>Plaintiffs,<br><br>v.<br><br>WEALTH COUNSEL, LLC; INSPERITY, INC.,<br><br>Defendants. | Case No. 2:17-cv-00561-MCE-AC<br><br>**JOINT STIPULATION AND ORDER REGARDING CONTINUANCE OF DISCOVERY AND CASE DEADLINES**<br><br>Complaint Filed: March 15, 2017<br>FAC Filed: December 12, 2017<br>Trial Date: None Set |

**IT IS HEREBY STIPULATED AND AGREED**, between Plaintiffs Laurie Nadeau, Robyn Coffin, and Dagny Magelssen (collectively "Plaintiffs"); and WealthCounsel, LLC and Insperity, Inc. (collectively "Defendants"), through their respective counsel of record, that the discovery completion date for this matter, which is currently set for November 15, 2018, be continued to May 15, 2019. This stipulation is based on the following recital:

**RECITAL**

1. On September 13, 2017, the Court entered an Order on Joint Stipulation for Temporary Stay of Proceeding Pending Mediation (EFC No. 20), which states that the case shall be deemed open for purposes of this Court's Initial Scheduling Order (EFC No. 3) as of November 15, 2017;

2. Pursuant to the Court's March 15, 2017 Initial Scheduling Order, discovery is required to be completed no later than three hundred sixty-five (365) days from the date the federal case was opened, which set a discovery completion date of November 15, 2018;

3. The Parties have propounded discovery, some of which resulted in a discovery dispute. Despite the Parties' meet and confer efforts, a discovery motion was filed, which was ultimately resolved by the Court. This caused a temporary postponement of discovery, specifically depositions, as a resolution of the discovery dispute was needed in order for the Parties to take meaningful depositions.

4. The Parties have taken a number of depositions. There are currently six more depositions that are anticipated to be taken before the discovery cut-off date. However, the Parties anticipate additional depositions may be needed—a number of whom will likely be located outside of California. Because of the location of deponents and schedules of the deponents and counsel, these anticipated depositions will not take place until after November 15, 2018.

5. The Parties further anticipate additional written discovery may be needed relating to responses to written discovery and the testimony in upcoming depositions.

///

///

6. Accordingly, the Parties respectfully request the Court continue the discovery completion date to May 15, 2019, so as to allow for the completion of depositions and written discovery and allow for any follow-up discovery that may be necessitated by the depositions.

7. The Parties further respectfully request the Court modify its Initial Scheduling Order, ECF No. 3, subject to the Court's availability, to continue the following deadlines based on the continued discovery completion date of May 15, 2019:

    a. Extend expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) to no later than sixty (60) days after the close of discovery;

    b. Extend rebuttal expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) to no later than thirty (30) days after the designation of expert witnesses;

    c. Extend the deadline to file dispositive motions to no later than one hundred eighty (180) days after the close of non-expert discovery;

    d. Extend the deadline to file Joint Notice of Trial Readiness to no later than thirty (30) days after receive this Court's ruling(s) on the last filed dispositive motion(s); and

    e. Extend the deadline to file Joint Notice of Trial Readiness to no later than thirty (30) days after the close of the designation of supplemental expert witnesses if the Parties forgo the filing of dispositive motions.

8. **GOOD CAUSE** exists for the stipulated continuance as follows:

9. A continuance of the discovery completion date serves the interests of justice because the parties have not completed discovery, and continuing the discovery completion date will allow sufficient time for the parties to complete depositions and written discovery and conduct any follow up discovery.

///

///

///

///

///

///

THEREFORE, the Parties hereby stipulate and agree to extend the aforementioned discovery deadlines as noted above.

DATE: September 13, 2018        CHURCH STATE COUNCIL LLP


                                By: /s/ Jonathon Cherne
                                    Alan J. Reinach
                                    Jonathon Cherne

                                    Attorneys for Plaintiffs
                                    LAURIE NADEAU; ROBYN COFFIN; and
                                    DAGNY MAGELSSEN.

DATE: September 17, 2018

                                By: /s/ Joseph E. Maloney
                                    Joseph E. Maloney

                                    Attorneys for Plaintiffs
                                    LAURIE NADEAU; ROBYN COFFIN; and
                                    DAGNY MAGELSSEN


DATE: September 19, 2018        FISHER & PHILLIPS LLP


                                By: /s/ Christopher S. Alvarez
                                    Mark J. Jacobs
                                    Christopher S. Alvarez

                                    Attorneys for Defendants
                                    WEALTH COUNSEL, LLC and
                                    INSPERITY, INC.


    IT IS SO ORDERED.

Dated: September 20, 2018

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE